No. 325, Misc.  GADSDEN *v.* UNITED STATES.  Court of Claims.  Certiorari denied.  Petitioner *pro se. Solici-*

*tor General Cummings, Assistant Attorney General Bald-ridge* and *Paul A. Sweeney* for the United States.